IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02512-WDM-PAC

SUREVOID PRODUCTS, INC.,

     Plaintiff(s),

v.

VOIDFORM INTERNATIONAL, LTD.,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     This matter is before the Court on Plaintiff's Unopposed Motion to Amend Scheduling Order (Docket No. 18, Filed July 31, 2007) ("the motion").

     IT IS HEREBY **ORDERED** that the motion is **GRANTED.**  The Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Cut-off (fact discovery) deadline - | **October 30, 2007** |
| Expert Witness Disclosure deadline - | **November 30, 2007** |
| Rebuttal Expert Witness Disclosure deadline - | **December 30, 2007** |
| Expert Witness Discovery deadline - | **January 30, 2008** |
| Dispositive Motion deadline - | **March 31, 2008** |

Dated:  August 1, 2007