IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02512-WDM-KLM

SUREVOID PRODUCTS, INC.,

     Plaintiff(s),

v.

VOIDFORM INTERNATIONAL, LTD.,

     Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

This matter comes before the Court on **Plaintiff Surevoid Products, Inc.'s Unopposed Motion for Leave to Amend Its Complaint** [Docket No. 28; filed October 5, 2007] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Plaintiff's First Amended Complaint is accepted for filing as of the date of this Order.  Defendant shall respond to the First Amended Complaint within twenty (20) days from the date of this Order.

Dated:  October 10, 2007